# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| AMERICAN PETROLEUM INSTITUTE, | * | CIVIL ACTION |
| AMERICAN EXPLORATION & | | |
| PRODUCTION COUNCIL, | * | NO:  2:21-cv-2506-TAD-KK |
| INDEPENDENT PETROLEUM | | |
| ASSOCIATION OF AMERICA, | * | JUDGE TERRY A. DOUGHTY |
| INTERNATIONAL ASSOCIATION OF | | |
| DRILLING CONTRACTORS, | * | MAG. JUDGE KATHLEEN KAY |
| INTERNATIONAL ASSOCIATION OF | | |
| GEOPHYSICAL CONTRACTORS, | * | |
| NATIONAL OCEAN INDUSTRIES | | |
| ASSOCIATION, MONTANA | * | |
| PETROLEUM ASSOCIATION, NORTH | | |
| DAKOTA PETROLEUM COUNCIL, | * | |
| PETROLEUM ALLIANCE | | |
| OF OKLAHOMA, SOUTHEAST OIL | * | |
| AND GAS ASSOCIATION, | | |
| UTAH PETROLEUM ASSOCIATION, | * | |
| AND WESTERN STATES PETROLEUM | | |
| ASSOCIATION | * | |
| | | |
| VERSUS | * | |
| | | |
| UNITED STATES DEPARTMENT OF | * | |
| THE INTERIOR; DEBRA HAALAND, | | |
| in her official capacity as Secretary of the | * | |
| Interior; LAURA DANIEL-DAVIS, | | |
| in her official capacity as Principal Deputy | * | |
| Assistant Secretary for Land and Minerals | | |
| Management; THE BUREAU OF LAND | * | |
| MANAGEMENT; NADA CULVER, | | |
| in her official capacity as Deputy Director | * | |
| of Policy and Programs, Bureau of Land | | |
| Management; THE BUREAU OF OCEAN | * | |
| ENERGY MANAGEMENT; and, | | |
| AMANDA LEFTON, in her official | * | |
| capacity as Director of the Bureau of | | |
| Ocean Energy Management | * | |

\*       \*       \*       \*       \*       \*       \*

1

## CORPORATE DISCLOSURE STATEMENT OF AMERICAN PETROLEUM INSTITUTE

American Petroleum Institute ("API"), submits the following statement of corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. API is a District of Columbia nonprofit trade organization that represents the U.S. oil and gas industry before the national executive, legislative, and judicial branches of government;

2. API represents approximately 600 member companies involved in all aspects of the oil and gas industry; and

3. API has no parent corporations and no publicly held company owns any stock in it.

Respectfully submitted,

*/s/ Kenneth H. Laborde*
KENNETH H. LABORDE (NO. 8067)
VICTORIA E. EMMERLING (NO. 33117)
GIEGER, LABORDE & LAPEROUSE
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone:   (504) 561-0400
Facsimile:    (504) 561-1011
Email: klaborde@glllaw.com
           temmerling@glllaw.com

-AND-

PETER J. SCHAUMBERG (PHV)
JAMES M. AUSLANDER (PHV)
BEVERIDGE & DIAMOND PC
1900 N St. NW Suite 100
Washington, DC 20036
Phone: (202)789-6000 Fax: (202)789-6000
Email: pschaumberg@bdlaw.com
           jauslander@bdlaw.com

*Attorneys for Plaintiffs American Petroleum Institute, American Exploration & Production Council, Independent Petroleum Association of America, International Association of Drilling Contractors, International Association of Geophysical Contractors, National Ocean Industries Association, Montana Petroleum Association, North Dakota Petroleum Council, Petroleum Alliance of Oklahoma, Southeast Oil and Gas Association, Utah Petroleum Association, and Western States Petroleum Association*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing has been served on all counsel of record via the Court's electronic case management system on September 16, 2021.

*/s/ Kenneth H. Laborde*
KENNETH H. LABORDE

3