UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| AMERICAN PETROLEUM INSTITUTE, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, et al., <br><br> *Defendants,* <br><br> and <br><br> HEALTHY GULF, et al., <br><br> *Intervenor-Defendants.* | Civ. No.: 2:21-cv-02506-TAD-KK <br><br> Judge: Terry A. Doughty <br><br> Mag. Judge: Kathleen Kay |

## RULE 5.6 DISCLOSURE STATEMENT

Pursuant to Local Rule 5.6, Intervenor-Defendant Great Old Broads for Wilderness states that it is a nonprofit organization that does not have a parent corporation and does not issue any stock.

Respectfully submitted this 27th day of October, 2021.

    /s/ Corinne Van Dalen
Corinne Van Dalen (LA Bar # 21175)
Earthjustice
900 Camp Street, Unit 303
New Orleans, LA 701
T: 415-283-2335  F: 415-217-2040
cvandalen@earthjustice.org

    /s/ Christopher Eaton
Christopher Eaton (*pro hac vice pending*)
Shana E. Emile (*pro hac vice pending*)
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
T: 206-343-7340  F: 415-217-2040
ceaton@earthjustice.org

semile@earthjustice.org

 /s/ Thomas R. Delehanty
Thomas R. Delehanty (*pro hac vice pending*)
Michael S. Freeman (*pro hac vice pending*)
Earthjustice
633 17th St., Suite 1600
Denver, CO 80202
T: 303-623-9466  F: 720-550-5757
tdelahanty@earthjustice.org
mfreeman@earthjustice.org

*Counsel for Intervenor-Defendants Healthy Gulf, Cook Inletkeeper, Defenders of Wildlife, Friends of the Earth, Great Old Broads for Wilderness, Oceana, Sierra Club, The Wilderness Society, Valley Organic Growers Association, and Western Watersheds Project*