UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **AMERICAN PETROLEUM INSTITUTE ET AL** | **CASE NO. 2:21-CV-02506** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **U S DEPT OF INTERIOR ET AL** | **MAGISTRATE JUDGE KAY** |

## NOTICE OF MOTION SETTING

Please take notice that the Motion to Dismiss (Document No. 75) filed by Defendants on December 27, 2021 has been referred to the Honorable Kathleen Kay.

### Deadlines

Responses to said motion are due within twenty-one **(21) days** after service of the motion in accordance with LR 7.5.  A reply to the response may be filed within ten **(10) days** after the filing of the response.  Leave of court will be required to file any additional briefs.  At the close of the briefing time, the record will be submitted to the Court for consideration.  Responses not timely filed may not be considered.

### Oral Argument

While it is generally the policy of this court to decide motions on the basis of the record, the court itself may determine a need for oral argument.  In addition, any party may request oral argument by motion if it feels that the court would benefit from such proceedings. The court will notify all parties of its decision to entertain oral argument.  Briefs filed in support or opposition of any pending motion should fully address all pertinent issues.  The court will, whether on the basis of the record or oral argument, issue its ruling in due course with notice to all parties.

### Courtesy Copies Not Required

The parties are relieved of their obligation under LR 7.1 to provide chambers with courtesy copy of the briefs and any attachments filed in connection with this motion.

**DATE OF NOTICE: December 28, 2021**

TONY R. MOORE
CLERK OF COURT