# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| AMERICAN PETROLEUM INSTITUTE, ET AL. | * | CIVIL ACTION NO. 2:21-CV-2506 |
| | * | JUDGE TERRY A. DOUGHTY |
| VERSUS | | |
| | * | MAG. JUDGE KATHLEEN KAY |
| UNITED STATES DEPARTMENT OF THE INTERIOR, ET AL. | * | |

## ORDER

CONSIDERING THE FOREGOING MOTION FOR A STATUS CONFERENCE:

IT IS ORDERED that the instant Motion is granted. The Parties are therefore ordered to appear by videoconference at 10:00 a.m. on the 21st day of April, 2022.

Signed this 29th day of March, 2022, Lake Charles, LA.

_____
MAGISTRATE JUDGE KATHLEEN KAY