UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **AMERICAN PETROLEUM INSTITUTE ET AL** | **CASE NO. 2:21-CV-02506** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **U S DEPT OF INTERIOR ET AL** | **MAGISTRATE JUDGE KAY** |

**MEMORANDUM ORDER**

Pending before the Court is Conservation Groups' Statement of Appeal of Magistrate Judge's Denial of Motion to Intervene [Doc. No. 89]. The Conservation Groups appeal Magistrate Judge Kathleen Kay's April 29, 2022, Memorandum Order denying the Conservation Groups'[1] Motion to Intervene under Fed. R. Civ. Pro. 24(a) or (b) [Doc. No. 88].

A magistrate judge's non-dispositive pretrial order is reviewable under the clearly erroneous and contrary to law standard. 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a). Following a review of the record, the Court finds that the Magistrate Judge's Memorandum Order is neither clearly erroneous nor contrary to the law.[2] Accordingly,

**IT IS ORDERED** that the Conservation Groups' Appeal [Doc. No. 89] is **DENIED**, and Magistrate Judge Kay's Memorandum Order [Doc. No. 88] is hereby **AFFIRMED**.

MONROE, LOUISIANA, this 2nd day of June 2022.

_____
Terry A. Doughty
United States District Judge

---

[1] Healthy Gulf, Center for Biological Diversity, Citizens for a Healthy Community, Cook Inletkeeper, Defenders of Wildlife, Food & Water Watch, Friends of the Earth, Great Old Broads for Wilderness, Montana Environmental Information Center, Oceana, Sierra Club, The Wilderness Society, Valley Organic Growers Association, Western Organization of Resource Councils, Western Watersheds Project, and WildEarth Guardians.

[2] Even if the Court were to apply the *de novo* review standard, the Court would reach the same decision.