# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| AMERICAN PETROLEUM INSTITUTE, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, et al., <br><br> *Defendants,* <br><br> and <br><br> HEALTHY GULF, et al., <br><br> *Applicant-Intervenor-Defendants.* | Civ. No.: 2:21-cv-02506-TAD-KK <br><br> Judge: Terry A. Doughty <br><br> Mag. Judge: Kathleen Kay |

## NOTICE OF APPEAL BY CONSERVATION GROUP APPLICANTS FOR INTERVENTION

Pursuant to Federal Rule of Appellate Procedure 4(a)(1)(B), the conservation group applicants for intervention (collectively, the Conservation Groups)[1] give notice that they appeal to the United States Court of Appeals for the Fifth Circuit the Court's June 2, 2022 Memorandum Order [Doc. No. 92] affirming the Magistrate Judge's April 29, 2022 denial of the Conservation Groups' motion to intervene [Doc. No. 88]. The June 2, 2022 Order, and the Magistrate's denial, are attached as Exhibits A and B, respectively.

Respectfully submitted this 10th day of June, 2022.

/s/ Corinne Van Dalen
Corinne Van Dalen (LA Bar # 21175)
Earthjustice
900 Camp Street, Unit 303
New Orleans, LA 701
T: 415-283-2335  F: 415-217-2040
cvandalen@earthjustice.org

/s/ Christopher Eaton
Christopher Eaton (*pro hac vice*)
WDLA Bar # 916931
Shana E. Emile (*pro hac vice*)
WDLA Bar # 916926
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
T: 206-343-7340  F: 415-217-2040
ceaton@earthjustice.org
semile@earthjustice.org

/s/ Thomas Delehanty
Thomas R. Delehanty (*pro hac vice*)
WDLA Bar # 916925
Michael S. Freeman (*pro hac vice*)

/s/ Emily H. Posner
Emily Posner (LA Bar # 35284)
7214 St. Charles Ave., Campus Box 913
New Orleans, LA 70118
T: 225-746-8820
ep@emilyposnerlaw.com

/s/ Kyle Tisdel
Kyle Tisdel (*pro hac vice*)
Western Environmental Law Center
208 Paseo del Pueblo Sur #602
Taos, NM 87571
T: 575-751-0351
tisdel@westernlaw.org

s/ Melissa Hornbein
Melissa Hornbein (*pro hac vice*)
Western Environmental Law Center
103 Reeder's Alley
Helena, MT 59601
T: 406-443-3508
hornbein@westernlaw.org

---

[1] The Conservation Group applicants are Healthy Gulf, Center for Biological Diversity, Citizens for a Healthy Community, Cook Inletkeeper, Defenders of Wildlife, Food & Water Watch, Friends of the Earth, Great Old Broads for Wilderness, Montana Environmental Information Center, Oceana, Sierra Club, The Wilderness Society, Valley Organic Growers Association, Western Organization of Resource Councils, Western Watersheds Project, and WildEarth Guardians.

WDLA Bar # 916928
Earthjustice
633 17th St., Suite 1600
Denver, CO 80202
T: 303-623-9466  F: 720-550-5757
tdelehanty@earthjustice.org
mfreeman@earthjustice.org

*Counsel for Intervenor-Defendants Healthy Gulf, Cook Inletkeeper, Defenders of Wildlife, Friends of the Earth, Great Old Broads for Wilderness, Oceana, Sierra Club, The Wilderness Society, Valley Organic Growers Association, and Western Watersheds Project*

*Counsel for Intervenor-Defendants Center for Biological Diversity, Citizens for a Healthy Community, Food & Water Watch, Montana Environmental Information Center, WildEarth Guardians, and Western Organization of Resource Councils*