**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **AMERICAN PETROLEUM INSTITUTE ET AL** | **CASE NO. 2:21-CV-02506** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **U S DEPT OF INTERIOR ET AL** | **MAGISTRATE JUDGE KAY** |

**JUDGMENT**

The Report and Recommendation [Doc. No. 94] of the Magistrate Judge having been considered, together with the written objections [Doc. No. 95] and response [Doc. No. 96] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Dismiss the Amendment Complaint [Doc. No. 75] is **GRANTED IN PART** and **DENIED IN PART**. To the extent that Defendants move to dismiss Plaintiffs' Sixth Cause of Action, **IT IS ORDERED** that the Motion is **GRANTED**, and Plaintiffs' Sixth Cause of Action is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that to the extent Defendants move to dismiss Plaintiffs' Seventh Cause of Action, the Motion is **GRANTED**, and Plaintiffs' Seventh Cause of Action is **DISMISSED WITH PREJUDICE** under FED. R. CIV. P. 12(b)(6) for failure to state a claim within the National Environmental Policy Act's (NEPA) zone of interests.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the remaining relief requested in Defendants' Motion is **DENIED**.

MONROE, LOUISIANA, this 3rd day of November 2022.

_____
Terry A. Doughty
United States District Judge