# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| AMERICAN PETROLEUM INSTITUTE, ET AL. | * | CIVIL ACTION NO. 2:21-CV-2506 |
| | * | JUDGE TERRY A. DOUGHTY |
| VERSUS | | |
| | * | MAG. JUDGE KATHLEEN KAY |
| UNITED STATES DEPARTMENT OF THE INTERIOR; ET AL. | * | |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), all parties to this action stipulate that Plaintiffs' First Supplemental and Amended Complaint (Doc. 68) is hereby dismissed.

Dated: December 8, 2023        Respectfully submitted,

/s/ Kenneth H. Laborde
KENNETH H. LABORDE (NO. 8067)
VICTORIA E. EMMERLING (NO. 33117)
GIEGER, LABORDE & LAPEROUSE
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone:   (504) 561-0400
Facsimile:   (504) 561-1011
Email: klaborde@glllaw.com
       temmerling@glllaw.com

-AND-

PETER J. SCHAUMBERG (*pro hac vice*)
JAMES M. AUSLANDER (*pro hac vice*)
BEVERIDGE & DIAMOND PC
1900 N St. NW, Suite 100
Washington, DC 20036
Phone: (202) 789-6000
Fax: (202) 789-6190
Email: pschaumberg@bdlaw.com
       jauslander@bdlaw.com

*Attorneys for Plaintiffs American Petroleum Institute, American Exploration & Production Council, Independent Petroleum Association of America, International Association of Drilling Contractors, International Association of Geophysical Contractors, National Ocean Industries Association, Montana Petroleum Association, North Dakota Petroleum Council, Petroleum Alliance of Oklahoma, Southeast Oil and Gas Association, Utah Petroleum Association, Western States Petroleum Association, Valveworks USA Inc., and Aries Marine Corporation*

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

<u>*/s/     Michael S. Sawyer*     </u>
MICHAEL S. SAWYER, Senior Attorney
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:     (202) 514-5273
Fax:                 (202) 305-0506
Email:             Michael.Sawyer@usdoj.gov

*Counsel for Defendants*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served on all counsel of record via the Court's electronic case management system on December 8, 2023.

*/s/ Kenneth H. Laborde*
KENNETH H. LABORDE